# **Exhibit 5**

| | |
|---|---|
| **From:** | Nielsen, Todd <todd.nielsen@rtspecialty.com> |
| **Sent:** | Monday, April 15, 2019 5:53 PM |
| **To:** | Molinari, Alicia |
| **Subject:** | RE: Saber Healthcare Group LLC |
| **Attachments:** | Saber 2019 signed Hiscox App.pdf |

Todd Nielsen
President - Boston
RT ProExec
LinkedIn

c: (401) 338-8344 (preferred)
p: (781) 247-6223
e: Todd.Nielsen@rtspecialty.com
a: 175 Federal St., Suite 800
   Boston, MA 02110

Expertly Assisted By:

Jess Sabbagh (Primary)
p: (781) 247-6208
e: Jessica.Sabbagh@rtspecialty.com

Lelys Maloney (Backup)
p: (781) 247-6203
e: Lelys.Maloney@rtspecialty.com

**From:** Molinari, Alicia [mailto:Alicia.Molinari@awac.com]
**Sent:** Monday, April 15, 2019 12:07 PM
**To:** Nielsen, Todd <todd.nielsen@rtspecialty.com>
**Subject:** Saber Healthcare Group LLC

Good Afternoon Todd,

I was looking through our files on this account and noticed that the application we have is not signed or dated. Can you forward me a signed/dated app and I can issue the policy. Thanks!

Alicia Molinari
Senior Account Coordinator, Insurance Operations Group Healthcare Allied World Insurance Company
1690 New Britian Avenue, Suite 101
Farmington, CT 06032
T: 860-284-1872
E: alicia.molinari@awac.com

The information contained in this e-mail and any attachments hereto is confidential. If you are not the intended recipient, you must not use or disseminate any of this information. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and permanently delete the original e-mail (and any attachments hereto) and any copies or printouts thereof. Although this e-mail and any attachments hereto are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Allied World Assurance Company Holdings, GmbH or its subsidiaries or affiliates, either jointly or severally, for any loss or damage arising in any way from its use.

AW 00718



# Hiscox Private Company Management Liability Application
## New Business Application

NOTICE:  THE LIABILITY COVERAGE PARTS OF THIS POLICY (WHICHEVER ARE PURCHASED) PROVIDE CLAIMS MADE COVERAGE, WHICH APPLIES ONLY TO CLAIMS FIRST MADE DURING THE POLICY PERIOD OR AN APPLICABLE EXTENDED REPORTING PERIOD.  THE LIMIT OF LIABILITY AVAILABLE TO PAY DAMAGES OR SETTLEMENTS WILL BE REDUCED AND MAY BE EXHAUSTED BY DEFENSE COSTS.  DEFENSE COSTS WILL BE APPLIED AGAINST THE RETENTION.  IN NO EVENT WILL THE INSURER BE LIABLE FOR DEFENSE COSTS OR THE AMOUNT OF ANY DAMAGES OR SETTLEMENT IN EXCESS OF THE APPLICABLE LIMIT OF LIABILITY.  READ THE ENTIRE APPLICATION CAREFULLY BEFORE SIGNING.

WE REQUIRE THE FOLLOWING INFORMATION IN ADDITION TO THIS APPLICATION:
- Latest consolidated financial statement of the Applicant with Treasurer's warranty letter if the financials are not audited

| Requested Coverage | Available Coverage Parts | Limit of Liability Requested | Separate or Shared Limit with | Retention Requested |
|---|---|---|---|---|
| | Directors & Officers Liability (D&O) | $ 3,000,000 | ☐ Separate<br>Shared with:<br>☒ EPLI  ☒ FLI  ☐ ELAW | Securities:<br>$<br>Other:<br>$ |
| | Employment Practices Liability (EPLI) | $ 3,000,000 | ☐ Separate<br>Shared with:<br>☒ D&O  ☒ FLI  ☐ ELAW | $ 200,000 |
| | Fiduciary Liability (FLI) | $ 3,000,000 | ☐ Separate<br>Shared with:<br>☒ D&O  ☒ EPLI  ☐ ELAW | $ |
| | Employed Lawyers Professional Liability (ELAW) | $ | ☐ Separate<br>Shared with:<br>☐ D&O  ☐ EPLI  ☐ FLI | $ |
| | Crime | $ | ☐ Separate | $<br>Deductible |
| | Kidnap & Ransom (K&R) | $ | ☐ Separate | $ 0 |

**General Information**

1. Name of Applicant: Saber Healthcare Group, LLC and Saber Healthcare Holdings, LLC
2. Address of Applicant: 26691 Richmond Road
   City: Bedford Hts
   State: OH
   Zip: 44146

PVT A0001 CW (08/15)

AW 00719



# Hiscox Private Company Management Liability Application
## New Business Application

| | | | |
|---|---|---|---|
| 3. | Applicant website: | www.saberhealth.com | |
| 4. | Years in operation: | | 19 |
| 5. | Nature of operations: | | |

Skilled nursing and rehabilitiation facilities

6. Name and address of Applicant's parent:

N/A

☒ Check if not applicable

7. Has the Applicant or any Subsidiary engaged in any mergers or acquisitions in the last three (3) years?    Yes ☒  No ☐
Are there any plans for mergers or acquisitions in the next twelve (12) months?    Yes ☒  No ☐
If yes to either, please provide additional details on a separate attachment.

8. Has any insurance carrier refused, cancelled, or non-renewed any coverage for which this Applicant is applying?    Yes ☐  No ☒
**\*\*Missouri applicants need not reply.**

9. Has the Applicant changed its outside auditor in the last twelve (12) months or is it contemplating a change in the next twelve (12) months?    Yes ☐  No ☒
If yes, please provide complete details on a separate attachment.

10. Does the Applicant own or operate a captive insurance company and is any of the Applicant's liability insurance coverage self-insured, or insured through a trust, captive or reciprocal risk sharing operation?    Yes ☒  No ☐
If yes, please provide complete details on a separate attachment.

11. Does the Applicant have foreign operations?    Yes ☐  No ☒
If yes, please provide a list of countries where the Applicant maintains a presence.

12. Please list all Subsidiaries:

| Name of Subsidiary | Business type | Percentage of ownership | Date acquired or created | Public co, private co or NFP org |
|---|---|---|---|---|
| Full listing attached | | % | | |
| | | % | | |
| | | % | | |

Provide additional Subsidiaries on a separate attachment if necessary.

Are your requesting coverage to extend to all Subsidiaries?    Yes ☒  No ☐

**Claims Information**

1. On a separate attachment, please provide full details of all inquiries, investigations, administrative charges, claims and lawsuits filed within the last three (3) years against the Applicant, any Subsidiary, any Executive or other entity proposed for any coverage for which the Applicant is applying.  If claims have been filed, please attach complete details regarding those matters including current status of claim and ultimate resolution of claim if applicable.

If none, check here ☒



# Hiscox Private Company Management Liability Application
## New Business Application

2. Does the Applicant, any Subsidiary, any Executive or other entity proposed for coverage know of any act, error or omission which could give rise to a claim, suit or action under any coverage part of the proposed policy?  Yes ☐  No ☒

3. Has the Applicant, any Subsidiary, any Executive or other entity proposed for coverage been the subject of, or involved in, any of the following matters in the last three (3) years:

   a. Anti-trust, price fixing, unfair competition or deceptive trade practices?  Yes ☐  No ☒
   b. Criminal actions?  Yes ☐  No ☒
   c. Copyright, trademark, trade secrets or patent?  Yes ☐  No ☒
   d. Any action for revocation or suspension of a license?  Yes ☐  No ☒
   e. Class action(s) (certified or uncertified) or derivative actions?  Yes ☐  No ☒
   f. Any civil, criminal, regulatory or administrative proceeding alleging violations of any federal or state securities law or regulation?  Yes ☐  No ☒

   If Yes to any of the above, please provide additional details on a separate attachment

   It is agreed that with respect to questions 1 through 3 of the claims Information section of this Application, if such inquiry(ies), investigation(s), administrative charge(s), claim(s), lawsuit(s), information or involvement exists, then such inquiry(ies), investigation(s), administrative charge(s), claim(s), lawsuit(s) and any inquiry, investigation, administrative charge, claim or lawsuit arising therefrom or arising from such violation, knowledge, information or involvement is excluded from the proposed coverage

**Financial Information**

1. Please provide the following information for the Applicant and its Subsidiaries:

| Date of financial statement: | Financial information attached |
|---|---|
| Total assets: | $ |
| Total liabilities: | $ |
| Total revenues: | $ |
| Net income from operations: | $ |
| Cash flow from operations: | $ |

2. Has the Applicant or any Subsidiary raised any capital subsequent to the completion of the financial statements submitted to the insurer as part of this application?  Yes ☐  No ☒

   If yes, please provide additional details on a separate attachment

3. Does the Applicant or any Subsidiary have any plans to raise capital in the next 12 months?  Yes ☐  No ☒

   If yes, please provide additional details on a separate attachment

**Directors and Officers Liability Coverage**

Please complete this section only if applying for this coverage.

1. Please attach a list of all members of the Applicant's board of directors including name, affiliation and date of nomination.

2. How many board meetings does the Applicant's board of directors hold on a yearly basis?  1

3. Company ownership

   a. Are any of the Applicant's or any Subsidiary's securities publicly traded or the subject of a shelf registration?  Yes ☐  No ☒

   Exchange: 

   Ticker symbol:



# Hiscox Private Company Management Liability Application
## New Business Application

| | | | |
|---|---|---|---|
| | b. | What is the total number of the Applicant's voting shareholders? | 2 |
| | c. | What is the total number of the Applicant's voting shares owned by its directors and officers (directly or beneficially)? | 0 |
| | d. | Do any of the shareholders own five percent (5%) or more of the voting shares (directly or beneficially)? | Yes |
| | | If yes, please provide additional details on separate attachment. | |
| | e. | Is any of the Applicant's stock held by an Employee Stock Ownership Plan? | No |
| | | If yes, please provide additional details, including the most recent ESOP evaluation, on a separate attachment. | |
| 4. | | Has the Applicant or any Subsidiary had any private placement or other offering of securities over the last 12 months (Yes ☐ No ☒) or anticipate having any over the next 12 months? | Yes ☐ No ☒ |
| 5. | | Has the Applicant had any changes to its board of directors or its key executives over the last twelve (12) months? | Yes ☐ No ☒ |
| | | If yes, please provide additional details on separate sheet | |
| 6. | | Does the Applicant or any Subsidiary render any professional services or engage in any standard setting, accrediting, credentialing or licensing activities? | Yes ☐ No ☒ |
| 7. | | Does the Applicant's board of directors have the following committees? | |
| | a. | Compensation committee | Yes ☐ No ☒ |
| | b. | Audit committee | Yes ☐ No ☒ |
| | c. | Nominating committee | Yes ☐ No ☒ |
| 8. | | Does the Applicant's charter or by-laws contain indemnification provisions? | Yes ☐ No ☒ |

**Employment Practices Liability Coverage**

Please complete this section only if applying for this coverage.

1. Please enter the total number of employees in the boxes below.

| Type of Employee | Domestic Union | Domestic Non-Union | |
|---|---|---|---|
| Full-time – based in CA | 0 | 0 | |
| Part-time – based in CA | 0 | 0 | |
| Full-time – based in FL, MI, TX and Washington DC | 0 | 117 | |
| Part-time – based in FL, MI, TX and Washington DC | 0 | 19 | |
| Full-time – all other states | 1,185 | 7,479 | |
| Part-time – all other states | 335 | 3,656 | |
| Total – all states | 1,520 | 11,135 | |
| Volunteers | | | |
| Full-time Foreign Employees | | | |
| Part time Foreign Employees | | | |
| Leased Employees | | | |
| Independent Contractors | | | |
| Seasonal Employees | | | |

PVT A0001 CW (08/15)

AW 00722



# Hiscox Private Company Management Liability Application
## New Business Application

| Temporary Employees | | | 0 |
|---|---|---|---|

2. Name of risk manager (or equivalent position):

   **Title:**

   VP Risk Management

   Time in position:

   3 year

   Email address:

   eric.zabinski@saberhealth.com

3. What was the annual employee turnover rate for the last three (3) years?

   Past year: 85 %    One year prior: 83 %    Two years prior: 75 %

4. Does the Applicant have a Human Resources Department, Personnel Department or Human Resources Director?    Yes ☒  No ☐

   If no, please provide details on how the HR function is handled and by whom in a separate attachment.

5. Is an employee handbook distributed to employees of the Applicant and any Subsidiary either in hard copy or via the internet, which informs the employees of their employment rights?    Yes ☒  No ☐

   If yes, are employees required to certify that they have reviewed the employee handbook and will comply with the terms and conditions?    Yes ☒  No ☐

6. Has the Applicant or any Subsidiary undergone or will it be undergoing any of the following employment activities?

   Layoffs over the last three (3) years?    Yes ☐  No ☒

   Currently ongoing layoffs?    Yes ☐  No ☒

   Layoffs expected in the next twelve (12) months?    Yes ☐  No ☒

   If yes to any of the above, please provide additional details, including the percentage of employees laid off over the last three (3) years, part of a current lay off or projected to be laid off in the next twelve (12) months, on a separate attachment.

7. Does the Applicant or any Subsidiary use outside counsel to handle the layoff process (including any "reduction in force")?    Yes ☐  No ☒

8. Is it the policy of the Applicant or any Subsidiary to offer severance packages in exchange for releases not to sue?    Yes ☐  No ☒

9. Is there a formal process for employees to report complaints, which states that the reporting of these matters will not result in disciplinary or retaliatory action?    Yes ☒  No ☐

10. Is the Applicant seeking non-employment (third-party) discrimination coverage?    Yes ☒  No ☐

11. Has the Applicant or any Subsidiary ever had a claim brought against it by a non-employee third-party alleging harassment, discrimination or any violation of civil rights?    Yes ☐  No ☒

    If Yes, please provide additional details on a separate attachment.

12. Does the Applicant or any Subsidiary have established policies or procedures detailing employee conduct when dealing with third parties, including non-discrimination statements?    Yes ☒  No ☐



# Hiscox Private Company Management Liability Application
## New Business Application

**Fiduciary Liability Coverage**

Please complete this section only if applying for this coverage.

1. Please complete the following grid for the five (5) largest plans which the Applicant is seeking coverage for:

| Full name of plan | Total number of plan participants | Active number of plan participants | Total plan assets | Type of plan* |
|---|---|---|---|---|
| Saber Healthcare 401(k) Profit Sharing Plan | 7,578 | 7,014 | $41,559,290 | DC |
|  |  |  | $ |  |
|  |  |  | $ |  |
|  |  |  | $ |  |
|  |  |  | $ |  |

*Types of plans:
- Employee Stock Ownership Plan = ESOP
- Defined Benefit Plan = DB
- Defined Contribution Plan = DC
- Excess Benefit Plan = EB
- Welfare Benefit Plan = WB
- Multi-Employer Plan = MEP
- Multiple Employer Plan = MPP

2. What percentage of plan assets are managed by an investment manager as defined in ERISA? **0%**

3. How often is the plan's investment manager's performance reviewed? **Annually**

4. How often do the fiduciaries review and/or amend the investment manager's guidelines and goals for the plans listed in Question #1? **N/A**

5. In the last two (2) years, has the Applicant or any Subsidiary spun-off, merged or terminated any plan and is any such event contemplated within the next two (2) years? Yes ☐ No ☒
   If yes, please provide additional details on a separate attachment.

6. In the last two (2) years, has the Applicant or any Subsidiary adopted any amendment to any plan listed in Question #1 that resulted in or is expected to result in any reduction of benefits, cessation of benefits, or increase in costs to the plan participants? Yes ☐ No ☒
   Is any such amendment anticipated in the next twelve (12) months? Yes ☐ No ☒
   If yes to any of the above, please provide additional details on a separate attachment.

7. Does the Applicant or any Subsidiary have any outstanding delinquent contributions to any Plan? Yes ☐ No ☒
   If yes, please provide additional details on a separate attachment.

8. Does any plan listed in Question #1 hold or invest in securities of the sponsor company or of any Subsidiary or Affiliate? Yes ☐ No ☒
   If yes, please provide additional details on a separate attachment.

9. Have any fees, fines or penalties been assessed against any Plan of the Applicant or any Subsidiary under any voluntary compliance program or similar voluntary settlement program? Yes ☐ No ☒
   If yes, please provide additional details on a separate attachment.

10. Are all defined benefit plans funded in accordance with ERISA (or any other applicable similar law)? Yes ☒ No ☐
    If no, please provide additional details on a separate attachment.

PVT A0001 CW (08/15)

AW 00724



# Hiscox Private Company Management Liability Application
## New Business Application

11. Are there any overdue employer contributions for any Plan?  Yes ☐  No ☒

If yes to the above, please provide additional details on a separate attachment.

12. Has any Plan requested or considered filing a request for a waiver of contributions?  Yes ☐  No ☒

If yes to the above, please provide additional details on a separate attachment.

**Employed Lawyers Professional Liability Coverage**

Please complete this section only if applying for this coverage.

1. Please provide the number of lawyers employed by the Applicant or any Subsidiary in their capacity as such for the Applicant or any Subsidiary: **2**

2. How many lawyers above are conducting Securities-related work? **0**

3. Does any employed lawyer proposed for coverage:

   a. conduct *pro bono* work on behalf of the Applicant or any Subsidiary?  Yes ☐  No ☒

   b. perform moonlighting services  Yes ☒  No ☐

   c. issue written legal opinions to outside parties  Yes ☐  No ☒

   d. serve on the board of directors of the Applicant or any Subsidiary  Yes ☐  No ☒

   e. perform legal services regarding mergers, acquisitions or consolidations of or by the Applicant or any of its Subsidiaries?  Yes ☒  No ☐

   f. appear in court on behalf of the Applicant, any Subsidiary or any other party?  Yes ☒  No ☐

   g. perform any securities related legal work on behalf of the Applicant or any Subsidiary?  Yes ☐  No ☒

   h. provide legal services with respect to criminal, matrimonial, intellectual property or estate/finance planning?  Yes ☐  No ☒

   If yes to either questions 3.g. or 3.h., please provide additional details on a separate attachment.

**Crime Coverage**

1. Current or Requested Coverage

| Insuring Agreement | Limit | Deductible (for excess coverage, deductible is primary coverage + primary deductible) |
|---|---|---|
| Employee Theft | $ | $ |
| Forgery or Alteration | $ | $ |
| Inside the Premises | $ | $ |
| Outside the Premises | $ | $ |
| Computer Fraud | $ | $ |
| Funds Transfer Fraud | $ | $ |
| Money Orders & Counterfeit | $ | $ |
| Other: | $ | $ |

PVT A0001 CW (08/15)

AW 00725



# Hiscox Private Company Management Liability Application
## New Business Application

2. Loss History

| Date of Loss | Type of Loss (Employee Theft, Forgery, etc...) | Amount of Loss |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |

3. Exposure Information

   Domestic Employees
   Foreign Employees
   Grand Total:

   a. Estimate the % of the Grand Total who have access to cash, checks and approval:

   b. Total number of locations

   c. For each foreign location, please detail the following information (attach separate sheet if necessary)

| Country | Type of Operation | # of Employees | Revenues |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

   d. Maximum cash exposure Inside the Premises: $
      Maximum cash exposure Outside the Premises: $

   e. Do you have any precious metals, precious or semi-precious stones, pearls, furs or articles containing such materials?   Yes ☐  No ☐
      If yes, please provide additional details on a separate attachment.

   f. Do you have access to your client's funds/property?   Yes ☐  No ☐
      If yes, what type of property/dollar amount of value?
      How many employees will be performing work for your client(s)?
      Total number of clients?

   g. If you provide lodging, how many guest rooms?

4. Audit Controls

   a. Are your financial statements audited annually by an independent CPA?   Yes ☐  No ☐

   b. Are all subsidiaries and locations, or similarly controlled and operated companies included in the audit?   Yes ☐  No ☐

   c. Is there a CPA Management Letter / Response commenting on internal control weaknesses, recommendations for improvement, and a response by management?  (if yes, please attach the most recent report)   Yes ☐  No ☐

   d. Do you have an Internal Audit Department?   Yes ☐  No ☐

PVT A0001 CW (08/15)

AW 00726



# Hiscox Private Company Management Liability Application
## New Business Application

| | | | | |
|---|---|---|---|---|
| | | If No, do you have someone with internal audit responsibilities? | Yes ☐ | No ☐ |
| | e. | Are surprise audits conducted? | Yes ☐ | No ☐ |
| | f. | Do you have a documented system of internal control policies/procedures? | Yes ☐ | No ☐ |
| 4. | | **Internal Controls** | | |
| | a. | Are background checks performed for all new hires? | Yes ☐ | No ☐ |
| | b. | Are bank accounts monthly? | Yes ☐ | No ☐ |
| | c. | Are bank accounts reconciled by someone not authorized to deposit or withdraw? | Yes ☐ | No ☐ |
| | d. | Are at least two signature required on checks? | Yes ☐ | No ☐ |
| | | If yes, above what amount? | $ | |
| | e. | Do vouchers or other supporting records accompany all checks to be signed? | Yes ☐ | No ☐ |
| | f. | Do you utilize a Positive Pay system? | Yes ☐ | No ☐ |
| | g. | Are internal controls designed so that no employee can control a process from beginning to end?  (e.g, request a check, approve a voucher and sign the check) ? | Yes ☐ | No ☐ |
| | h. | Are all controls consistent among all locations (including foreign locations)? | Yes ☐ | No ☐ |
| | i. | Are employees in sensitive positions required to take annual vacation of at least 5 consecutive business days OR do you practice regular job rotation? | Yes ☐ | No ☐ |
| | j. | Is fraud training provided to Executives? | Yes ☐ | No ☐ |
| | | Is fraud training provided to Managers? | Yes ☐ | No ☐ |
| | | Is fraud training provided to Employees? | Yes ☐ | No ☐ |
| | k. | Do you have a fraud hotline that is publicized to employees, vendors & customers? | Yes ☐ | No ☐ |
| | l. | Are all tips appropriately investigated and action taken? | Yes ☐ | No ☐ |
| 5. | | **Vendor Controls** | | |
| | a. | Estimated number of vendors used: | | |
| | b. | Do you use vendors for handling financial transactions such as payroll & accounting (other than your outside auditor)? | Yes ☐ | No ☐ |
| | c. | Is an authorized vendor list utilized and updated annually for all purchases, with competitive bidding required? | Yes ☐ | No ☐ |
| | d. | Are background checks performed on vendors in order to determine ownership and financial capability? | Yes ☐ | No ☐ |
| | e. | Is the responsibility for authorizing vendors, approving invoices and processing payments segregated among different employees? | Yes ☐ | No ☐ |
| | f. | Are the duties of purchasing, receiving, storekeeping and shipping separate so that no one individual can control these functions from beginning to end? | Yes ☐ | No ☐ |
| 6. | | **Computer Controls** | | |
| | a. | Are passwords required for access to sensitive information? | Yes ☐ | No ☐ |

PVT A0001 CW (08/15)

AW 00727



# Hiscox Private Company Management Liability Application
## New Business Application

| | | | |
|---|---|---|---|
| b. | How often are passwords required to be changed? | | |
| c. | When employees change positions and no longer require access to certain information, is access status changed? | Yes ☐ | No ☐ |
| d. | Are daily backups made and stored securely off premises? | Yes ☐ | No ☐ |
| e. | How long are backups kept? | | |
| f. | Do you use online banking? | Yes ☐ | No ☐ |
| g. | Are employees warned of Phishing scams and blocked from harmful websites? | Yes ☐ | No ☐ |
| h. | Are all desktop computers protected by anti-virus software? | Yes ☐ | No ☐ |
| i. | Does your bank require authentication of the identity of the caller before acting upon any transfer instructions? | Yes ☐ | No ☐ |
| j. | Are verifications sent directly to a department not authorized to initiate transfers? | Yes ☐ | No ☐ |
| k. | Are there independent checks of funds transfer records by employees not authorized to handle such transfers? | Yes ☐ | No ☐ |

**Kidnap & Ransom Coverage**

1. Territory

   Specify the number of individuals to be insured by country. Please provide a breakdown of expatriate/third country nationals and local nationals if available (continue on a separate sheet if necessary)

| Country | Local Nationals | Expatriates/Third Country Nationals |
|---|---|---|
| | | |
| | | |
| | | |

2. Travel Pattern

   Specify the country and the approximate number of travel days to be spent within those countries over the next twelve (12) months (continue on a separate sheet if necessary)

| Country | Approximate Duration of Stay | Number of Individuals |
|---|---|---|
| | | |
| | | |
| | | |

3. Security Risk Management

   a. Does your organization have full time dedicated security professionals on staff (other than facilities security)?  Yes ☐ No ☐

   b. Do you have a formal Crisis Management Plan in place? If so, does the plan specifically address security related incidents such as kidnap and extortion?  Yes ☐ No ☐

4. Prior Threats/Losses and Insurance

   a. Have you or any insured person had any claims and/or experienced threats or incidents that would give rise to a claim under this insurance within the last 5 years?  Yes ☐ No ☐

   If yes, please provide additional details on a separate attachment

PVT A0001 CW (08/15)

AW 00728



# Hiscox Private Company Management Liability Application
## New Business Application

b. Have you ever been declined kidnap and ransom insurance, or has any insurer ever cancelled or declined to renew your policy?   Yes ☐ No ☐
* MO applicants need not reply
If yes, please provide additional details on a separate attachment

**We require the following information in addition to this application**

- Latest consolidated financial statement of the Applicant with treasurer's warranty letter if the financials are not audited.
- If applying for fiduciary liability coverage, please provide information for the five largest pension plans, including copies of the most recent audited financial statements. If the plan assets are held in a master trust, please submit details on master trust investment portfolio.
  If exempt from filing audited financial statement, please provide the most recent form 5500 for each plan, with all attachments.
- Copy of the Applicant's employee handbook or manual or link to the appropriate section of the Applicant's website.
- If the Applicant is a limited liability partnership, partnership or joint venture, provide participation or ownership structure details.
- If a subsidiary is less than one hundred percent (100%) owned, please provide details of all minority owners.

Without prejudice to any other rights and remedies of the insurer, the Applicant understands and agrees that if any fact, circumstance or situation exists, whether or not disclosed in this application, any claim or action arising from any such fact, circumstance or situation may be excluded from coverage under the proposed policy, if issued by the insurer.

If there is any material change in the answers to the questions in this application before the proposed policy inception date, the Applicant must notify the insurer in writing and any outstanding quote for insurance coverage may be modified or withdrawn.

The Applicant's submission of this application does not obligate the insurer to issue, or the Applicant to purchase a policy.  The Applicant authorizes the insurer to make any inquiry in connection with this application.

All written statements and materials furnished to the insurer in conjunction with this application are hereby incorporated into this application and made a part hereof.

The undersigned authorized agents of the Applicant declare that to the best of their knowledge and belief, after reasonable inquiry, the statements made in this application are true and complete.  The undersigned agree that this application shall be the basis of the insurance policy should an insurance policy providing the requested coverage be issued and that the insurer will have relied on the application in issuing any policy.

**APPLICATION DISCLOSURES:**

If there is any material change in the answers to the questions in this Application before the proposed policy inception date, the Applicant must notify the Insurer in writing and any outstanding quote for insurance coverage may be modified or withdrawn.

The Applicant's submission of this Application does not obligate the Insurer to issue, or the Applicant to purchase a policy.  The Applicant authorizes the Insurer to make any inquiry in connection with this Application.

All written statements and materials furnished to the Insurer in conjunction with this Application are hereby incorporated into this Application and made a part hereof.

**THE FOLLOWING APPLIES TO APPLICANTS LOCATED IN THE STATES OF AR, MO, NY, NM and RI:**
Please read the following statement carefully and sign where indicated.  If a policy is issued, this signed statement will be attached to the policy.

PVT A0001 CW (08/15)

AW 00729



# Hiscox Private Company Management Liability Application
## New Business Application

The undersigned authorized officer of the Applicant hereby acknowledges that he/she is aware that the limit of liability contained in this policy shall be reduced, and may be completely exhausted, by the costs of legal defense and, in such event, the insurer shall not be liable for the costs of legal defense or for the amount of any judgment or settlement to the extent that such exceeds the limit of liability of this policy.

The undersigned authorized officer of the Applicant hereby acknowledges that he/she is aware that legal defense costs that are incurred shall be applied against the retention amount.

**NOTICE TO APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT ACT, WHICH IS A CRIME AND MAY SUBJECT SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO NEW YORK APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION.

| | |
|---|---|
| * Applicant Signature: | *Eric Zabinski* <br> Eric Zabinski (Apr 15, 2019) |
| Date: | Apr 15, 2019 |
| Title: | Eric Zabinski, VP Risk Management |

* Must be signed by President, Chairman, Chief Executive or Chief Financial Officer, Corporate Risk Manager or General Counsel.

**NOTICE TO ARKANSAS, NEW MEXICO AND WEST VIRGINIA APPLICANTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT, OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

**NOTICE TO COLORADO APPLICANTS:** IT IS UNLAWFUL TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING FACTS OR INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING TO DEFRAUD THE INSURANCE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES, DENIAL OF INSURANCE, AND CIVIL DAMAGES. ANY INSURANCE COMPANY OR AGENT OF AN INSURANCE COMPANY WHO KNOWINGLY PROVIDES FALSE, INCOMPLETE, OR MISLEADING FACTS OR INFORMATION TO A POLICYHOLDER OR CLAIMANT FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING TO DEFRAUD THE POLICYHOLDER OR CLAIMANT WITH REGARD TO A SETTLEMENT OR AWARD PAYABLE FROM INSURANCE PROCEEDS SHALL BE REPORTED TO THE COLORADO DIVISION OF INSURANCE WITHIN THE DEPARTMENT OF REGULATORY AUTHORITIES

**NOTICE TO DISTRICT OF COLUMBIA APPLICANTS:** WARNING: IT IS A CRIME TO PROVIDE FALSE OR MISLEADING INFORMATION TO AN INSURER FOR THE PURPOSE OF DEFRAUDING THE INSURER OR ANY OTHER PERSON. PENALTIES INCLUDE IMPRISONMENT AND/OR FINES. IN ADDITION, AN INSURER MAY DENY INSURANCE BENEFITS IF FALSE INFORMATION MATERIALLY RELATED TO A CLAIM WAS PROVIDED BY THE APPLICANT.

**NOTICE TO FLORIDA APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY IN THE THIRD DEGREE.

PVT A0001 CW (08/15)

AW 00730



# Hiscox Private Company Management Liability Application
## New Business Application

**NOTICE TO KENTUCKY APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

**NOTICE TO LOUISIANA APPLICANTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

**NOTICE TO MAINE APPLICANTS:** IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE INSURANCE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES OR A DENIAL OF INSURANCE BENEFITS.

**NOTICE TO MARYLAND APPLICANTS:** ANY PERSON WHO KNOWINGLY OR WILLFULLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR WHO KNOWINGLY OR WILLFULLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

**NOTICE TO NEW JERSEY APPLICANTS:** ANY PERSON WHO INCLUDES ANY FALSE OR MISLEADING INFORMATION ON AN APPLICATION FOR AN INSURANCE POLICY IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO OHIO APPLICANTS:** ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD.

**NOTICE TO OKLAHOMA APPLICANTS: WARNING:** ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY (365:15-1-10, 36 §3613.1).

**NOTICE TO OREGON APPLICANTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS MATERIALLY FALSE INFORMATION IN AN APPLICATION FOR INSURANCE MAY BE GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

**NOTICE TO PENNSYLVANIA APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO TENNESSEE, VIRGINIA AND WASHINGTON APPLICANTS:** IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE INSURANCE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES AND DENIAL OF INSURANCE BENEFITS.

**NOTICE TO VERMONT APPLICANTS**: ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR, CONCEALS, FOR THE PURPOSE OF

PVT A0001 CW (08/15)

AW 00731



**Hiscox Private Company Management Liability Application**
**New Business Application**

MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT ACT, WHICH MAY BE A CRIME AND MAY SUBJECT SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

**THE FOLLOWING APPLIES TO APPLICANTS LOCATED IN THE STATES OF IA and FL:**

**Producer Information**:

\* Producer Signature:

Date:

Address of Producer:

\*\* Producer License Number:

\*   required only in the following State(s):  Iowa
\*\* required only in the following State(s):  Florida

PVT A0001 CW (08/15)

AW 00732

# Application

Final Audit Report                                         2019-04-15

| | |
|---|---|
| Created: | 2019-04-15 |
| By: | Stephanie Stadler (sstadler@alphainsure.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZwQlerS8HZTWgmpS3FzlqB3jNJhoz-vw |

## "Application" History

- **Document created by Stephanie Stadler (sstadler@alphainsure.com)**
  2019-04-15 - 4:49:34 PM GMT- IP address: 96.11.129.206

- **Document emailed to Eric Zabinski (eric.zabinski@saberhealth.com) for signature**
  2019-04-15 - 4:52:45 PM GMT

- **Document viewed by Eric Zabinski (eric.zabinski@saberhealth.com)**
  2019-04-15 - 5:12:25 PM GMT- IP address: 96.74.222.241

- **Document e-signed by Eric Zabinski (eric.zabinski@saberhealth.com)**
  Signature Date: 2019-04-15 - 5:13:09 PM GMT - Time Source: server- IP address: 96.74.222.241

- **Signed document emailed to Stephanie Stadler (sstadler@alphainsure.com) and Eric Zabinski (eric.zabinski@saberhealth.com)**
  2019-04-15 - 5:13:09 PM GMT

Adobe Sign

AW 00733