UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHH HOLDINGS, LLC | : | CASE NO. 1:19-cv-2900 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 60] |
| v. | : | |
| ALLIED WORLD INSURANCE COMPANY, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In this insurance case, Defendant Allied World has filed an appeal and now moves for the Court's approval of a supersedeas bond in the amount of $2,450,000 and a stay of the execution of judgment pending resolution of the appeal.

Pursuant to Fed. R. Civ. Pro. 62(b), a party may obtain a stay as a matter of right by providing a bond or other security.[1] "A district court cannot deny the stay itself, but has discretion to fix the amount of the bond or waive the bond requirement."[2]

While Defendant offered calculations supporting its $2,450,000 bond amount, those calculations did not consider the lost use of the judgment amount during the appeal pendency.

Accordingly, the Court **GRANTS** Defendant's motion to set a supersedeas bond but sets the bond amount at $2,600,000.

---

[1] *Arban v. West Pub. Corp.*, 345 F.3d 390, 409 (6th Cir. 2003). This Court has jurisdiction over this motion. *See Hill v. Burgeon Legal Grp. Co.*, 2020 WL 6746856, at *1 (D.N.J. Nov. 17, 2020).

[2] *Sofco Erectors, Inc. v. Trustees of Ohio Operating Engineers Pension Fund*, 2021 WL 858728, at *2 (S.D. Ohio Mar. 8, 2021) (citations omitted).

Case No. 1:19-cv-2900
GWIN, J.

    IT IS SO ORDERED.

Dated: August 22, 2022　　　　　　　　　　　*s/　　James S. Gwin*
　　　　　　　　　　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE